# 960    NEW JERSEY MISCELLANEOUS REPORTS.

PETER McCARTHY ET AL., PLAINTIFFS IN ERROR, v. THE STATE OF NEW JERSEY, DEFENDANT IN ERROR.

Submitted May term, 1927—Decided October 27, 1927.

Crimes—Conviction on Counts of Grand Larceny and False Pretenses, Directed Verdict for Defendants on Count of Receiving Stolen Goods—Whether Trial Court Erred in Not Directing Verdict on the False Pretense Charge is Immaterial, the Grand Larceny Charge Not Being Attacked.

On writ of error.

Before GUMMERE, CHIEF JUSTICE, and Justices BLACK and LLOYD.

For the plaintiffs in error, *Kessler & Kessler,* and *Mott & Bernheim.*

For the defendant in error, *John O. Bigelow,* prosecutor of the pleas.

PER CURIAM. ·

The defendants in this case were convicted under the first and third counts in the indictment, which alleged that the defendants had obtained $1,500 by means of false pretenses. The court directed a verdict for the defendants on the second count—receiving stolen goods. It is now urged for a reversal that the trial court erred in refusing to grant the motion to direct a verdict on the third count—for false pretenses. Let this be as it may, it will not cause a reversal for the conviction on the first count of grand larceny, as that count is not attacked. That count is sufficient to support the judgment. *State* v. *Huggins,* 84 *N. J. L.* 254; *State* v. *Rommel,* 3 *N. J. Mis. R.* 204; *affirmed,* 3 *N. J. Adv. R.* 1401.

The judgment of the Essex Court of Quarter Sessions is affirmed.